# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 22, 2025

Lyle W. Cayce
Clerk

————————

No. 24-10506
Summary Calendar

————————

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JOSE LUIS GOODE,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:23-CR-509-1

———————————————————

Before HAYNES, HIGGINSON, and DOUGLAS, *Circuit Judges*.

PER CURIAM:*

The attorney appointed to represent Jose Luis Goode has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Goode has not filed a response.

————————————————

* This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 24-10506

During the pendency of this appeal, Goode completed the prison sentence that was imposed upon the revocation of his supervised release. Because no additional term of supervised release was imposed, this appeal is moot. *See Spencer v. Kemna*, 523 U.S. 1, 7-8, 12-14 (1998). Accordingly, the appeal is DISMISSED as moot, and counsel's motion to withdraw is DENIED as unnecessary.